**Jorge Luis Bezada VELASQUEZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 06–74695.**

United States Court of Appeals, Ninth Circuit.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted May 7, 2007.*

Filed May 14, 2007.

Jorge Luis Bezada Velasquez, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Ana T. Zablah, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

This is a petition for review from an order by the Board of Immigration Appeals affirming the Immigration Judge's denial of petitioner's motion to reopen proceedings. We have reviewed the record and petitioner's filings in this court, including petitioner's response to this court's order to show cause. We conclude that this petition for review should be affirmed because the Immigration Court sent the notice of the hearing on the merits to the address on file for petitioner. Petitioner attempted to delay proceedings for four years by repeatedly changing his address. The Board of Immigration Appeals did not abuse its discretion in denying petitioner's appeal. It is petitioner's duty to keep the

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

Attorney General informed of his current address at all times. 8 U.S.C. § 1305(a).

**DENIED.**